# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBYN CORSON-DERKSEN,

    Plaintiff,

    -vs-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:12-cv-177

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned case is hereby transferred from The Honorable Michael R. Merz to The Honorable Sharon L. Ovington.

June 14, 2012.

s/ Michael R. Merz
United States Magistrate Judge

Sharon L. Ovington
United States Magistrate Judge