# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROBYN CORSON-DERKSEN, | : | |
| Plaintiff, | : | Case No.  3:12cv00177 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon the parties' Agreed Motion For Remand.  (Doc. #9).  In light of the parties' agreement, the Court finds that an Order entering judgment in Plaintiff's favor and against Defendant, and remanding this matter to the Social Security Administration under sentence four of 42 U.S.C. §405(g), is warranted.

On remand from this Court, the Appeals Council will remand with instructions for the administrative law judge to obtain supplemental evidence from a vocational expert identifying specific jobs, and their incidence in the regional and national economy, that the claimant can perform, considering her age, education, past work experience, and all of her functional limitations.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Agreed Motion For Remand (Doc. #9) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Order; and

3. The case is terminated on the docket of this Court.


September 26, 2012

                                                    s/Sharon L. Ovington
                                                    Sharon L. Ovington
                                          United States Magistrate Judge