AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| ROBYN CORSON-DERKSEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:12-cv-177 |
| Commissioner of Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  that Judgment is entered in favor of Plaintiff Robyn Corson-Derksen  and against Defendant Commissioner reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings.                                                                                  .

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington _____ on a motion for Order

Date:  09/26/2012

CLERK OF COURT

*s/ K. Ernst*

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western        DIVISION


_____ROBYN CORSON-DERKSEN_____                    :
                                                      :
            *Plaintiff*                               :
                                                      :
               vs                                     :      Case Number:   3:12-cv-177
                                                      :
_Commissioner of Social Security Admini_⊞             :
                                                      :
            *Defendant*                               :
                                                      :


NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)


The above captioned matter has been terminated on _____09/26/2012_____.


   If applicable to this case, the disposal date  will be six (6) months from the above
termination date.


Rule 79.2(a) Withdrawal by Counsel:


All depositions, exhibits or other materials filed in an action or offered in evidence shall not be
considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be
withdrawn by counsel without further Order within six (6) months after final termination of the
action.


Rule 79.2 (b) Disposal by the Clerk


All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the
Clerk as waste at the expiration of the withdrawal period.


JAMES BONINI, CLERK



By: _____s/ K. Ernst_____
   Deputy Clerk