IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBYN CORSON-DERKSEN,   :

    Plaintiff,

v.   :   Case No. 3:12-cv-177

CAROLYN W. COLVIN, Acting   JUDGE WALTER H. RICE
Commissioner of the Social
Security Administration,   :

    Defendant.

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14);
SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR ALLOWANCE
OF ATTORNEY FEES (DOC. #12); DIRECTING COMMISSIONER TO
PAY $6,931.25 IN ATTORNEY FEES UNDER 42 U.S.C. § 406(b)(1)

---

Based on the reasoning and citations of authority set forth in Chief Magistrate Judge Sharon L. Ovington's April 2, 2015, Report and Recommendations (Doc. #14), as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were informed of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Accordingly, the Court SUSTAINS Plaintiff's unopposed Motion for Allowance of Attorney Fees (Doc. #12). Pursuant to 42 U.S.C. § 406(b)(1), the

Commissioner is DIRECTED to pay Plaintiff's attorney's fees in the amount of $6,931.25. This case shall remain terminated on the docket of this Court.

Date: April 21, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE